RUTH M. YOUNG, Respondent, v. CHARLES W. YOUNG et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. Regardless of whether plaintiff would be estopped by the Nevada decree in the absence of a separation judgment later obtained by the defendant in New York

State, the fact is that such later separation judgment was obtained by him in New York State, and in view thereof, no estoppel did exist in New York State. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.